IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: COVENTRY HEALTH CARE, INC. ERISA LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **MASTER FILE: 8:09-CV-02661 (DKC)**<br><br>Judge Deborah K. Chasanow |

**PLAINTIFFS' NOTICE OF MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES; (2) REIMBURSEMENT OF EXPENSES; AND (3) CASE CONTRIBUTION AWARDS**

Pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, Plaintiffs Loretta Boyd, Christopher Sawney, Karen A. Milner, Jack J. Nelson and Karen Billig ("Plaintiffs") respectfully move the Court for an award of attorneys' fees in the amount of one-third of the Settlement Fund, for reimbursement of expenses incurred in connection with the prosecution of this class action in the amount of $137,315.65, and for a case contribution award of $5,000.00 to each of Plaintiffs Boyd, Sawney, Milner, Nelson, and Billig.  The grounds for this motion are set forth in the Joint Declaration of Robert I. Harwood and Thomas J. McKenna and in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for (1) an Award of Attorneys' Fees; (2) Reimbursement of Expenses; and (3) Case Contributions Awards, filed herewith.

Defendants do not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request that this motion be granted.

Dated:  January 9, 2014

            **HARWOOD FEFFER LLP**

By:    s/R<small>OBERT</small> I. <small>HARWOOD</small>
       Robert I. Harwood
       Tanya Korkhov
       488 Madison Avenue
       New York, NY 10022
       Telephone:  (212) 935-7400
       Facsimile:  (212) 753-3630
       Email:  rharwood@hfesq.com
       Email:  tkorkhov@hfesq.com

**GAINEY M<small>C</small>KENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0380
Email:  tjmckenna@gme-law.com

        Email:  gegleston@gme-law.com

        *Co-Lead Counsel for Class*

        **TYDINGS & ROSENBERG LLP**

By:    s/Toyja E. Kelley
        Toyja E. Kelley, Fed. Bar No. 26949
        John B. Isbister, Fed. Bar No. 00639
        100 East Pratt Street
        Baltimore, MD 21202
        Telephone:  (410) 752-9700
        Facsimile:  (410) 727-5460
        Email:  tkelley@tydingslaw.com
        Email:  jisbister@tydingslaw.com

        *Liaison Counsel for Class*